IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL EDWARD ALLEN,**
**#19998**                                                                          **PLAINTIFF**

**V.**                            **4:20-CV-210-BRW-BD**

**LUCAS EMBANTON**                                                          **DEFENDANT**

## ORDER

I have received a Recommendation from Magistrate Judge Beth Deere. After careful review of the Recommendation, the objections, and a *de novo* review of the record, I approve and adopt the Recommendation in its entirety.

Mr. Allen's claims of unconstitutional conditions of his confinement; lack of access to television, books, and other forms of communication are DISMISSED, without prejudice. He may continue to pursue claims of constitutionally inadequate medical care.

IT IS SO ORDERED, this 9th day of March, 2020.

                                                                 Billy Roy Wilson_____
                                                                 UNITED STATES DISTRICT JUDGE