# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL EDWARD ALLEN,**
**#19998**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-210-BRW-BD**

**LUCAS EMBANTON**                                                      **DEFENDANT**

## <u>ORDER</u>

Mr. Allen has moved to voluntarily dismiss the claims he raised in this lawsuit.

(Doc. No. 12) The motion is GRANTED. Mr. Allen's claims are DISMISSED, without

prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 7th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE